# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | ERIC B. & MARY K. GARCIA |
| Case Number: | 2:08-BK-02503-RTB  Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, SEPTEMBER 02, 2009 02:30 PM   7TH FLOOR #703 |
| Hearing Officer: | JIM SAMUELSON |
| Courtroom Clerk: | WANDA GARBERICK |
| Reporter / ECR: | JO-ANN STAWARSKI |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2

R / M #:   34 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR HSBC

## Proceedings:

Mr. McDonald asked that this matter be continued.

THIS MATTER IS CONTINUED TO SEPTEMBER 30, 2009 AT 2:30 P.M.